■ In the Matter of JEAN-PIERRE LINDENMEYER, M.D., as Clinical Director of Manhattan Psychiatric Center, Respondent, v SAMUEL T., Appellant. [838 NYS2d 778]—Appeal from order, Supreme Court, New York County (William J. Davis, J.), entered February 23, 2007, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Friedman, J.P., Marlow, Nardelli, Buckley and Kavanagh, JJ.

■ EDWARD THOMPSON, Plaintiff, v A.J. CONSTRUCTION Co., INC., Defendant. (And Other Actions.) TURBO CONSTRUCTION CORPORATION, Third Third-Party Plaintiff-Respondent, v EUGENE IOVONE, INC., Third Third-Party Defendant-Appellant. [838 NYS2d 779]—Appeal from an order, Supreme Court, Bronx County (Dianne T. Renwick, J.), entered March 26, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Sweeny, McGuire and Kavanagh, JJ.